**MEMO ENDORSED**



Richard C. Schoenstein
212.216.1120 Direct Dial
rschoenstein@tarterkrinsky.com

June 1, 2020

**VIA ECF**

Hon. Edgardo Ramos U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

      Re:    *Holborn Corporation v. Weatherly J. Ramsdell a/k/a Weatherly J. Hammond*
              **Civil Action No.: 1:20-cv-04045-ER**

Dear Judge Ramos:

    This office represents Plaintiff Holborn Corporation ("Plaintiff") in the above-referenced matter. We write on behalf of Plaintiff and counsel for Defendant Weatherly J. Ramsdell a/k/a Weatherly J. Hammond ("Defendant") in accordance with Rule 1(E) of your Honor's Individual Practices to request an adjournment of the status conference on Plaintiff's application for a temporary restraining order from June 1, 2020 at 11:00 a.m. to June 3, 2020 at a time convenient for the Court.

    Counsel for Plaintiff and Defendant have continued their settlement discussions through the weekend, but have not yet reached a resolution. The reason for the requested adjournment is for the parties and counsel to focus their attention on reaching a global resolution of this matter that would obviate the need for further litigation.

    This is the second request for an adjournment of the status conference. This request is made jointly with counsel for Defendant.

    In closing, we thank the Court for its consideration in this matter.

Respectfully submitted,

*Richard C. Schoenstein*
Richard C. Schoenstein

cc:    All Counsel of Record (BY ECF)

{Client/086645/1/02107670.DOCX;1 }

---

The application is GRANTED. Today's conference is rescheduled to 11:30 a.m. on Wednesday, June 3, 2020. The parties are directed to call (877) 411-9748 and enter access code 302 9857 at that time.

_____
Edgardo Ramos, U.S.D.J
Dated: Jun. 01, 2020
New York, New York